*In re* LUIS E. GERVITZ CARBONELL, JORGE IZQUIERDO SAN MIGUEL, JOSÉ G. IZQUIERDO STELLA y FRANCISCO TRONCOSO, del BUFETE COALE, COOLEY & LIETZ.

*Números:* CP-1998-16         *Resueltos:* 12 de noviembre de 2004
TS-10385

*Pedro E. Ortiz Álvarez*, abogado de la parte querellada; *Jorge Izquierdo San Miguel*, peticionario.

## RESOLUCIÓN

Mediante opinión *per curiam* de 28 de julio de 2004, suspendimos al Sr. Jorge M. Izquierdo San Miguel del ejercicio de la abogacía por un período de treinta días. El señor Izquierdo San Miguel fue notificado personalmente de nuestra decisión el 17 de agosto de 2004. El 8 de octubre de 2004 emitimos una resolución en la que le informamos que el término de su suspensión comenzó a transcurrir el vier-

nes 1 de octubre de 2004, por lo que éste venció el 31 de octubre de 2004.

Examinada la moción de reinstalación presentada por el señor Izquierdo San Miguel, y en vista de que éste cumplió con la sanción impuesta y de que no hay quejas pendientes en su expediente personal, *se autoriza la reinstalación del licenciado Izquierdo San Miguel al ejercicio de la abogacía efectiva hoy.*

*Notifíquese por teléfono y por la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*